FILED _____ ENTERED
LODGED _____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SEP 1 1 2009

**UNITED STATES OF AMERICA**

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

v.

\*

**Case No. DKC 2008-0289**

**MICHAEL K. LEWIS**
       **Defendant**

\*

\*\*\*\*\*\*

### ORDER

The Defendant has requested authority to report directly to the institution designated by the Bureau of Prisons, at defendant's own expense. Such a designation will probably be made within forty-five (45) days.

The court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the community, pursuant to 18 U.S.C. §3143(a).

**IT IS ORDERED**, that the defendant shall surrender, at defendant's own expense, to the institution at the date and time specified in a written notice to be sent to the defendant by the United States Marshal for the District of Maryland. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal for the District of Maryland, Room 170, United States Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, on the

13th day of October , 2009, before 2:00 p.m. Further, the defendant is to have no contact with anyone - otherthan his Broke - in any way connected with this case. Further, he is, in home detention - may leave unly with advance permission of pretrial services.

September 11, 2009
Date

Deborah K. Chasanow

DEBORAH K. CHASANOW
UNITED STATES DISTRICT JUDGE

I acknowledge receipt of a copy of this Order. I also understand the following: If I fail to report either to the designated institution or to the United States Marshal as provided by this Order, I shall be subject to the penalties of 18 U.S.C. §3146; if I am convicted of an offense while on release, I shall be subject to the penalties as set forth in 18 U.S.C. §3147; if I violate a condition of release, I shall be subject to the sanctions as set forth in 18 U.S.C. §3148. I further understand that any bond or property posted may be forfeited and judgment entered against myself and the surety in the full amount of the bond.

Witness *(signature)*

Defendant *(signature)*

*(City and State of Residence)*

301 - 219 - 2145

*(Telephone number)*

cc:     Defendant
        Counsel
        Judge
        U.S. Marshal
        Probation Officer
        Bureau of Prisons
        Bonding Company